180

159 A.3d 943

**IN RE: The ADOPTION OF L.G.L.S., a minor**

**Petition of: C.P. and P.E.P.**

**No. 343 WAL 2016**

Supreme Court of Pennsylvania.

October 25, 2016

## ORDER

PER CURIAM

**AND NOW,** this 25th day of October, 2016, the Petition for Allowance of Appeal is **DENIED.**

159 A.3d 943

**COMMONWEALTH of Pennsylvania, Respondent**

**v.**

**Krista EVELAND, Petitioner**

**No. 258 WAL 2016**

Supreme Court of Pennsylvania.

October 25, 2016

## ORDER

PER CURIAM

**AND NOW,** his 25th day of October, 2016, the Petition for Allowance of Appeal is **DENIED.**